PROPOSED ORDER/COVER SHEET

TO: Honorable Elizabeth D. Laporte
U.S. Magistrate Judge

RE: Wallace, William

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR05-00195

FILED
JUN X 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Josh Libby                                                    415-436-7501
Pretrial Services Officer Assistant                           Telephone Number

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below: in part

☑ Modification(s)

(A.) The defendant shall not operate a motor vehicle until his failures to appear(FTA's)/failure to pay(FTP) is cleared with the Court and his license suspension is lifted.

~~B. The defendant's travel is restricted to the Eastern District of California, except for his Court appearances in San Francisco, California.~~

(C.) The defendant shall submit to random urinalysis as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions: _____

_____                        _____
JUDICIAL OFFICER                          DATE  June 7, 2005