1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7158
7      Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No.: CR 05-195 JSW
                                     )
14       Plaintiff,                  )   PARTIES' STIPULATION AND
                                     )   ~~PROPOSED~~ ORDER CONTINUING
15       v.                          )   STATUS HEARING
                                     )
16  WILLIAM WALLACE,                 )
                                     )
17       Defendant.                  )
                                     )
18  _____)

19  The parties stipulate and agree, and the Court finds and holds, as follows:

20      1. The parties initially appeared on the instant matter on May 26, 2005. The matter was

21  continued until June 16, 2005 for identification of new counsel.

22      2. On June 16, 2005, new counsel for the defendant, Joseph A. Carignan appeared. The

23  Court, at defendant's request, set a briefing schedule. The defendant would be required to file his

24  motion (s) by July 1, 2005, the government's reply to be filed on July 15 and the defendant

25  would file his reply brief by July 20, 2005. Further, the Court established August 4, 2005 as the

26  hearing date for defendant's motion.

27      3. Counsel for the defendant requested an exclusion of time based upon effective preparation

28  of counsel and continuity of counsel between June 16 and June 30, 2005.

STIPULATION AND PROPOSED ORDER
CR 05-195 JSW

FROM : LAWOFFICES of Gregory J. Brod Fax NO. Case 3:05-cr-00195-JSW Document 24 Filed 06/30/05 Page 2 of 3 Jun 29 2005 03:25PM P2

JUN-29-2005 15:30 P 03

1    4. In light of the foregoing facts, the failure to grant the requested exclusion would

2    unreasonably deny counsel for the defense the reasonable time necessary for effective

3    preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),

4    (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.

5    These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §

6    3161(h)(8)(A).

7    4. For the reasons stated, the time period from June 16, 2005 through June 30, 2005, shall be

8    excluded from the calculation of time under the Speedy Trial Act.

9    SO STIPULATED.

10    DATED: 5/28/05             Respectfully Submitted,

11

12

13                              __/s/_____

14                              SUSAN R. JERICH
                             Assistant United States Attorney

15    DATED:6/28/05

16

17                              /s/ JOSEPH A. CARIGNAN
                             Counsel for Defendant William Wallace

18    PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

21    DATED:

22                              HON. JEFFREY S. WHITE
                             United States District Judge

23

24

25

26

27

28    STIPULATION AND PROPOSED ORDER
      CR 05-195 JSW                       2

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

4. For the reasons stated, the time period from June 16, 2005 through June 30, 2005, shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED: 6/28/05

Respectfully Submitted,

__/s/__   _____

SUSAN R. JERICH
Assistant United States Attorney

DATED: 6/28/05

__/s/__
JOSEPH A. CARIGNAN
Counsel for Defendant William Wallace

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6-30-05

_____
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND PROPOSED ORDER
CR 05-195 JSW

2