**United States District Court**
For the Northern District of California

1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT
7
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  UNITED STATES OF AMERICA,
10         Plaintiff,                           No. C 05-00195 JSW
11     v.                                      **ORDER GRANTING IN PART STIPULATION TO CONTINUE DATE FOR FILING OF GOVERNMENT'S OPPOSITION**
12  WILLIAM WALLACE,
13         Defendant.
14  _____/

15     The Court has received the parties' stipulation to extend the briefing schedule in this matter.
16  Although the parties' explanation for the request is less than compelling, the Court shall GRANT IN
17  PART the extension.
18     Accordingly, it is HEREBY ORDERED that the Government's opposition to Defendant's
19  motion shall be due on July 18, 2005. Defendant's reply shall be due on July 25, 2005. The hearing
20  date of August 4, 2005 remains. The parties are also reminded to submit chambers copies of their
21  papers to the Court in compliance with the Court's Standing Orders.
22     **IT IS SO ORDERED.**
23
24  Dated: July 15, 2005                         /s/ Jeffrey S. White
                                                 JEFFREY S. WHITE
25                                               UNITED STATES DISTRICT JUDGE
26
27
28