IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WALLACE,

    Defendant.
_____/

No. C 05-00195 JSW

**AMENDED ORDER GRANTING IN PART STIPULATION TO CONTINUE DATE FOR FILING OF GOVERNMENT'S OPPOSITION**

The Court has received the parties' stipulation to extend the briefing schedule in this matter. Although the parties' explanation for the request is less than compelling, the Court shall GRANT IN PART the extension.

Accordingly, it is HEREBY ORDERED that the Government's opposition to Defendant's motion shall be due on July 18, 2005. Defendant's reply shall be due on July 25, 2005. The hearing date of August 4, 2005 remains. The parties are also reminded to submit chambers copies of their papers to the Court in compliance with the Court's Standing Orders.

**IT IS SO ORDERED.**

Dated: July 13, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE