1  JOSEPH A. CARIGNAN
   STATE BAR NO. 117274
2  633 BATTERY ST., STE. 640
   SAN FRANCISCO, CALIFORNIA 94111
3  (415) 982-1486

4  Attorney for the Defendant
   WILLIAM WALLACE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | CASE No. CR 05-00195 JSW |
|---|---|
| Plaintiff, | DEFENDANT'S REQUEST TO FILE RESPONSE TO OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE ON JULY 26, 2005: ORDER THEREON |
| v. | |
| WILLIAM WALLACE, | |
| Defendant. | DATE:   AUGUST 4, 2005 |
| _____} | TIME:   2:00 P.M. |
| | COURT:  Hon. JEFFREY S. WHITE |

Counsel for the Defendant, WILLIAM WALLACE, Requests the Court's Permission to File Defendant's Response to United States Opposition to Defendant's Motion to Suppress Physical Evidence.

1. On or about July 11, 2005, Susan Jerich, US Attorney in this matter and Defense Counsel, agreed, at the Government's request, to allow the Government to file their Reply Brief after July 15, 2005, and entered into a Stipulation to that effect, allowing the US to file their Reply on or before July 22, 2005. Defense Counsel Stipulated that his Response to any Opposition would be filed on or before July 27, 2005.

2. Defense Counsel is a sole practitioner with a heavy schedule that interfered with his ability to file his Motion in a timely manner.

3. Defense Counsel has not received, by fax nor by US Mail, the Order issued by

1

the Court pursuant to this Stipulation. Therefore, Defense Counsel inadvertently determined that his date to lodge his Response to any Opposition was to be on or before July 27, 2005.

4. On July 26, 2005, Defense Counsel receive a telephone communication from the Court's clerk, informing Defense Counsel that he had missed hid filing date for any Response to the Government's Opposition to his Motion.

5. Defense counsel, through inadvertence, surprise and neglect failed to verify the actual dates contained in the courts electronically filed, Order, which states that Defense Counsel was to file his Response on or before July 25, 2005.

6. Defense Counsel humbly requests that this Court accept the late filing of his Response to the Government's Opposition to his Motion to Suppress Physical evidence. Failure to allow Defense Counsel to file his client's Response will unduly prejudice the Defendant.

7. Defense Counsel telephoned the office of US Attorney Susan Jerich on July 26, 2005, stating that he was requesting an additional day within which to file his Response to the Government's Opposition. No message either in support of nor in negation of this request has been received as of the writing of this Request.

Dated: July 26, 2005.                          Respectfully Submitted,

_____
JOSEPH A. CARIGNAN
Attorney for the Defendant
William Wallace

GOOD CAUSE APPEARING THEREFORE

IT IS SO ORDERED

Dated: July 27, 2005

_____
Honorable JEFFREY S. WHITE
Judge of The United States District Court

Counsel is reminded that this is an efiling case. Accordingly, any orders issued by the Court are served via electronic mail.

2