```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  SUSAN R. JERICH (CSBN 188462)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7158
 7     Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 05-195 JSW |
|---|---|---|
| Plaintiff, | ) | PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DATE FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS |
| vs. | ) | |
| WILLIAM WALLACE, | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. On July 1, 2005, the defendant filed a Motion to Suppress physical evidence in the above-referenced case. The government filed an Opposition and the defendant thereafter filed his Reply. The parties were scheduled to appear before the Honorably Jeffrey S. White on August 4, 2005 for hearing on the matter.

2. On August 2, 2005, the Court issued a Notice of Tentative Ruling in which the Court tentatively denied the defendant's Motion to Suppress evidence.

3. On August 4, 2005, at the conclusion of the hearing on this matter, the Court scheduled the

STIPULATION AND PROPOSED ORDER
CR 05-0195

1  matter for an evidentiary hearing on September 26, 2005.

2  4. Government counsel recently learned that San Francisco Police officer James Aherne will
3  not be available to testify on September 26, 2005. Officer Aherne is a relevant and important
4  government witness. Officer Aherne has a two week, pre-paid, pre-planned European vacation
5  during this time period and will not be available until October 11, 2005.

6  5. Government counsel conveyed this information to defendant's counsel, Mr. Joseph
7  Carignan. Mr. Carignan indicated that he did not have an objection to a continuance in this
8  matter in order to ensure Officer Aherne's testimony during the evidentiary hearing.

9  6. Subsequent to discussing calendar concerns with Mr. Carignan and the Clerk of this Court,
10 the government respectfully requests that the evidentiary hearing in this matter be continued until
11 Tuesday, December 1, 2005 at 9:30 a.m.

12 7. Time has previously been excluded due to the fact that there is a motion pending before
13 the Court pursuant to Title 18 U.S.C. § 3161(h)(1)(F).

14 SO STIPULATED.

16 DATED: 9/15/05                Respectfully Submitted,

18                                _____/s/_____
                                   SUSAN R. JERICH
                                   Assistant United States Attorney

19 DATED: 9/15/05
20                                _____/s/_____
                                   JOSEPH A. CARIGNAN
21                                 Counsel for Defendant William Wallace

22
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
23

25 DATED: September 19, 2005     _____
26                                HON. JEFFREY S. WHITE
                                   United States District Judge

28 STIPULATION AND PROPOSED ORDER
   CR 05-0195                           2