UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM WALLACE,<br><br>        Defendant.<br>_____/ | No. CR 05-00195 JSW (EDL)<br><br>NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before Magistrate Judge Laporte. The Settlement Conference shall take place on **January 26, 2006 at 9:00 a.m.,** in Courtroom E, 15th Floor, of the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

Counsel who will try the case or other counsel responsible for the litigation shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by an individual not directly involved in the events which give rise to the litigation but with full authority to negotiate a settlement.

No later than January 24, 2006 by 2:00 p.m., the parties shall deliver directly to the magistrate judge a Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties. The statement may be submitted via facsimile to (415) 522-2002.

1

The Confidential Settlement Conference Statement shall be as brief as possible and should rarely exceed 10 pages. It shall include the following:

1. A statement of the facts of the case.
2. A statement of the charges and defenses.
3. A summary of the proceedings to date.
4. The party's position on settlement, including a history of past settlement discussions as well as present demands and offers.

Any request to continue the settlement conference shall be submitted in writing after consultation with the opposing party. Submission by facsimile is acceptable at facsimile number (415) 522-2002.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy immediately at (415) 522-3694 if this case settles prior to the date set for settlement conference.

DATED: January 23, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2