IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM WALLACE,<br><br>    Defendant.<br>_____/ | No. CR 05-00195 JSW<br><br>**ORDER RE MOTION RE DEFENSE WITNESS ANTONIO POWELL AND ORDER APPOINTING COUNSEL** |

    The Court has received the Government's motion to late file a motion in limine with respect to Defense witness Antonio Powell. Based on the facts set forth in that motion, the Court has appointed Steve Kalar, Esq. to represent Mr. Powell in connection with this proceeding.

    **IT IS SO ORDERED.**

Dated: January 31, 2006

                                                                  JEFFREY S. WHITE<br>                                                                  UNITED STATES DISTRICT JUDGE